IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENITA J. MCMASTER, | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 08-AR-0952-S |
| | } | |
| LHR, INC., et al., | } | |
| | } | |
| Defendants. | } | |

**ORDER**

Plaintiff, Denita J. McMaster, having not timely taken an entry of default or shown cause why she did not, as required by the order entered on June 30, 2008, the above-entitled action as against defendant, Equifax Information Services, is hereby DISMISSED for want of prosecution.  The case shall proceed against the other two defendants.

**THE UNDERSIGNED JUDGE TO WHOM THIS CASE IS ASSIGNED DOES NOT EMPLOY THE "UNIFORM INITIAL ORDER" FOUND ON THE COURT'S WEBSITE.**

Answers having been filed by defendants, LHR, Inc. and Transunion, LLC, the parties are hereby reminded that the case is governed by the Federal Rules of Civil Procedure, including local rule variations.  The parties should pay particular attention to Rules 26 and 16, and should with their initial report notify the court if the case should be evaluated for proceeding upon any of the tracks provided by this court's Alternative Dispute Resolution Plan.

DONE this 21st day of July, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE