FILED
2008 Jul-29  PM 02:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION

DENITA J. MCMASTER,           }
                              }
     Plaintiff,               }
                              }       CIVIL ACTION NO.
v.                            }       08-AR-0952-S
                              }
LHR, INC.,                    }
                              }
     Defendant.               }
```

### ORDER

The court having been informed that plaintiff has reached a settlement with defendant, Transunion, LLC, the above-entitled action is hereby DISMISSED WITH PREJUDICE as to said defendant. The case shall proceed as to the remaining defendant, LHR, Inc.

Costs are taxed as paid as between the parties affected.

DONE this 29th day of July, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE