IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENITA J. MCMASTER,          } | |
|                              } | |
|     Plaintiff,               } | |
|                              } | CIVIL ACTION NO. |
| v.                           } | 08-AR-0952-S |
|                              } | |
| LHR, INC.,                   } | |
|                              } | |
|     Defendant.               } | |

**ORDER**

The above action has been previously dismissed as against all defendants except LHR, Inc. Plaintiff, Denita J. McMaster, and defendant, LHR, Inc., having now filed a joint stipulation of dismissal, the action as against LHR, Inc. is DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs. The case is CLOSED.

DONE this 18th day of December, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE